rev.8/1/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Thomas Miloszewski and Roberta Miloszewki

Case No.: 20-20572
Chapter: 7
Judge: Hon. JNP, Jr.

## NOTICE OF PROPOSED ABANDONMENT

___Maureen P. Steady___, ___Chapter 7 Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
| U.S. Bankruptcy Court<br>District of New Jersey<br>P.O. Box 2067<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable ___Jerrold N. Poslusny, Jr.___ on ___November 24, 2020___ at ___11:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4C___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: |
|---|
| 1940 Rosemore Avenue<br>Deptford, NJ 08096<br><br>$125,000.00 |

| Liens on property: |
|---|
| $60,365.40 - first mortgage<br>$42,863.13 - second mortgage |

| Amount of equity claimed as exempt: |
|---|
| $14,827 |

Objections must be served on, and requests for additional information directed to:

Name:        Maureen P. Steady, Chapter 7 Trustee
Address:     2 Kings Highway West, Suite 102, Haddonfield, NJ 08033
Telephone No.: 856-428-1060