UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Thomas Miloszewski and Roberta Miloszewki

Case No.: 20-20572
Chapter: 7
Judge: Hon. JNP, Jr.

## NOTICE OF PROPOSED ABANDONMENT

_____Maureen P. Steady_____, _Chapter 7 Trustee_ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
| U.S. Bankruptcy Court<br>District of New Jersey<br>P.O. Box 2067<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable _Jerrold N. Poslusny, Jr._ on _November 24, 2020_ at _11:00_ a.m. at the United States Bankruptcy Court, Courtroom no. _4C_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: |
|---|
| 1940 Rosemore Avenue<br>Deptford, NJ 08096<br><br>$125,000.00 |

| Liens on property: |
|---|
| $60,365.40 - first mortgage<br>$42,863.13 - second mortgage |

| Amount of equity claimed as exempt: |
|---|
| $14,827 |

Objections must be served on, and requests for additional information directed to:

Name:      Maureen P. Steady, Chapter 7 Trustee
Address:   2 Kings Highway West, Suite 102, Haddonfield, NJ 08033
Telephone No.: 856-428-1060

rev.8/1/15

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 20-20572-JNP
Thomas Miloszewski     Chapter 7
Roberta Miloszewski
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Oct 21, 2020     Form ID: pdf905     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas Miloszewski, Roberta Miloszewski, 1940 Rosemore Avenue, Deptford, NJ 08096-4329 |
| 518965155 | + | ABS Loan Trust VI, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518956658 | + | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 518956659 | + | Apothaker & Associates, 520 Fellowship Road, C-306, Mount Laurel, NJ 08054-3410 |
| 518956661 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518956667 | | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518956672 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518990281 | + | Oliphant Usa, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 518956674 | | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518956675 | + | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 518956677 | | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 518956681 | + | West Jersey Anesthesia Assoc, 1000 White Horse Road Ste 204, Voorhees, NJ 08043-4408 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 21 2020 22:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 21 2020 22:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518956660 | + | Email/Text: bankruptcy@pepcoholdings.com | Oct 21 2020 22:00:00 | Atlantic City Electric, 5 Collins Drive Suite 2133, Pepco Holdings Inc, Carneys Point, NJ 08069-3600 |
| 518956662 | + | Email/Text: clientrep@capitalcollects.com | Oct 21 2020 22:02:00 | Capital Collection Services, Attn: Bankruptcy, Po Box 150, West Berlin, NJ 08091-0150 |
| 518956663 | + | Email/Text: bankruptcy@cavps.com | Oct 21 2020 22:01:00 | Cavalry Portfolio Services, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2322 |
| 518956669 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 21 2020 22:01:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518956664 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 21 2020 22:52:46 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518956670 | | Email/Text: camanagement@mtb.com | Oct 21 2020 22:01:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518956671 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 21 2020 22:01:00 | Midland Funding Llc, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |

| Recip ID | Bypass | Email/Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| 518956673 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2020 22:53:14 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 518956676 | + | Email/Text: jennifer.chacon@spservicing.com | Oct 21 2020 22:02:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 518956678 | + | Email/Text: bankruptcy@sw-credit.com | Oct 21 2020 22:01:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 518956679 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 21 2020 22:53:09 | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 518958205 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 21 2020 22:52:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518956680 | | Email/Text: bankruptcy@td.com | Oct 21 2020 22:01:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518956665 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518956666 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518956668 | ## | Citibank NA, PO Box 6052, Sioux Falls, SD 57117-6052 |
| jdb | *+ | Roberta Miloszewski, 1940 Rosemore Avenue, Deptford, NJ 08096-4329 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2020               Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor ABS Loan Trust VI dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Joseph J. Rogers | on behalf of Debtor Thomas Miloszewski jjresq@comcast.net jjrogers0507@gmail.com |
| Joseph J. Rogers | on behalf of Joint Debtor Roberta Miloszewski jjresq@comcast.net jjrogers0507@gmail.com |
| Maureen P. Steady | trustee@kurtzmansteady.com mps@trustesolutions.net |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 21, 2020 | Form ID: pdf905 | Total Noticed: 27 |

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5