Certificate Number: 14912-NJ-DE-035068028

Bankruptcy Case Number: 20-20572



14912-NJ-DE-035068028

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on November 9, 2020, at 1:23 o'clock PM EST, Thomas Miloszewski completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   November 9, 2020            By:   /s/Jai Bhatt

Name:  Jai Bhatt

Title:   Counselor