Certificate Number: 14912-NJ-DE-035068030

Bankruptcy Case Number: 20-20572



14912-NJ-DE-035068030

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 9, 2020, at 1:23 o'clock PM EST, Roberta Miloszewski completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: November 9, 2020

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor