UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MAUREEN P. STEADY
CHAPTER 7 TRUSTEE
2 Kings Highway West
Suite 102
Haddonfield, NJ 08033
Phone (856) 428-1060
Fax (609) 482-8011

In Re:

THOMAS MILOSZEWSKI AND
ROBERTA MILOSZEWSKI,

Debtors

| | |
|---|---|
| Case No.: | 20-20572(JNP) |
| Chapter: | 7 |
| Hearing Date: | n/a |
| Judge: | Hon. JNP, Jr. |

## CERTIFICATION OF CONSENT
## REGARDING CONSENT ORDER

I certify that with respect to the Consent Order _____the Chapter 7 Trustee_____ submitted to the Court, the following conditions have been met:

(a) The terms of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally*, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date: _11/10/20_____

/s/ Maureen P. Steady, Esquire_____
Signature of Attorney

*rev.8/1/15*