**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1

MAUREEN P. STEADY
CHAPTER 7 TRUSTEE
2 Kings Highway West
Suite 102
Haddonfield, NJ 08033
Phone (856) 428-1060
Fax (609) 482-8011

In re:

THOMAS MILOSZEWSKI AND
ROBERTA MILOSZEWSKI,

             Debtors.

Order Filed on November 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 7

Case No. 20-20572(JNP)

Hon. Jerrold N. Poslusny, Jr.

Hearing Date: n/a

## CONSENT ORDER EXTENDING THE DEADLINE
## TO FILE A COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 4004

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 12, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: THOMAS MILOSZEWSKI AND ROBERTA MILOSZEWSKI
Case No: 20-20572 (JNP)
CONSENT ORDER EXTENDING THE DEADLINE TO FILE A COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 4004

**THIS MATTER** having come before the Court by Maureen P. Steady, as Chapter 7 Trustee (the "Trustee"), and by THOMAS MILOSZEWSKI AND ROBERTA MILOSZEWSKI (the "Debtors"), by and through their undersigned counsel, by way of Consent Order in accordance with D.N.J. LBR 9021-1, and the parties desiring to avoid the expense of litigation in this matter, and the parties having agreed to the terms of this Consent Order, and for good cause, it is hereby

**ORDERED** that:

1. The Trustee and/or the Office of the United States Trustee shall be granted an extension of the deadline to object to the discharge of the Debtors, pursuant to Rule 4004(b) of the Federal Rules of Bankruptcy Procedure, through and including February 15, 2021.

WE HEREBY CONSENT TO THE
FORM AND CONTENT HEREOF:

LAW OFFICES OF JOSEPH J. ROGERS

By: /s/ Barbara J. Snavely                By: /s/ Maureen P. Steady
Barbara J. Snavely, Esquire                Chapter 7 Trustee
Attorneys for the Debtors

2

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-20572-JNP |
| Thomas Miloszewski | Chapter 7 |
| Roberta Miloszewski | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 13, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

**Recip ID        Recipient Name and Address**
db/jdb            + Thomas Miloszewski, Roberta Miloszewski, 1940 Rosemore Avenue, Deptford, NJ 08096-4329

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2020              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor ABS Loan Trust VI dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Joseph J. Rogers | on behalf of Debtor Thomas Miloszewski jjresq@comcast.net jjrogers0507@gmail.com |
| Joseph J. Rogers | on behalf of Joint Debtor Roberta Miloszewski jjresq@comcast.net jjrogers0507@gmail.com |
| Maureen P. Steady | trustee@kurtzmansteady.com mps@trustesolutions.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1          User: admin          Page 2 of 2

Date Rcvd: Nov 13, 2020          Form ID: pdf903          Total Noticed: 1

TOTAL: 5