UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **THOMAS AND ROBERTA MILOSZEWSKI**

Case No.: 20-20572
Chapter: 7
Judge: Hon. JNP

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_Maureen P. Steady_, _Chapter 7 Trustee_, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: |
|---|
| U.S. Bankruptcy Court<br>District of New Jersey<br>P.O. Box 2067<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable _Jerrold N. Poslusny, Jr._ on _December 22, 2020_ at _11:00_ a.m. at the United States Bankruptcy Court, courtroom no. _4C_, _401 Market street, Camden, NJ 08101_ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| Nature of action: | Debtors repaid their son the sum of $5,000 within one year of the bankruptcy filing date. The Trustee has demanded the return of the $5,000 pursuant to 11 U.S.C. secs. 542 and 547. |
|---|---|

| Pertinent terms of settlement: | The Debtors have agreed to settle the Trustee's claims without forcing the Trustee to file a complaint for transfer avoidance and turnover. The Trustee recognizes this agreement as a benefit to the estate and its creditors and, in exchange for this cooperation, the Trustee agreed to reduce the demand from $5,000 to $4,000 to be paid in full on or before 1/1/2021. |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Maureen P. Steady, Chapter 7 Trustee

Address: 2 Kings Highway West, Suite 102, Haddonfield, NJ 08033

Telephone No.: 856-428-1060

*rev.8/1/15*