UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: THOMAS AND ROBERTA MILOSZEWSKI

Case No.: 20-20572
Chapter: 7
Judge: Hon. JNP

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

____Maureen P. Steady____, ____Chapter 7 Trustee____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
U.S. Bankruptcy Court
District of New Jersey
P.O. Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable ____Jerrold N. Poslusny, Jr.____ on ____December 22, 2020____ at __11:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, ____401 Market street, Camden, NJ 08101____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Debtors repaid their son the sum of $5,000 within one year of the bankruptcy filing date. The Trustee has demanded the return of the $5,000 pursuant to 11 U.S.C. secs. 542 and 547.

Pertinent terms of settlement: The Debtors have agreed to settle the Trustee's claims without forcing the Trustee to file a complaint for transfer avoidance and turnover. The Trustee recognizes this agreement as a benefit to the estate and its creditors and, in exchange for this cooperation, the Trustee agreed to reduce the demand from $5,000 to $4,000 to be paid in full on or before 1/1/2021.

Objections must be served on, and requests for additional information directed to:

Name: Maureen P. Steady, Chapter 7 Trustee

Address: 2 Kings Highway West, Suite 102, Haddonfield, NJ 08033

Telephone No.: 856-428-1060

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 20-20572-JNP
Thomas Miloszewski                                                                              Chapter 7
Roberta Miloszewski
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1                   User: admin                   Page 1 of 3
Date Rcvd: Nov 24, 2020            Form ID: pdf905               Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas Miloszewski, Roberta Miloszewski, 1940 Rosemore Avenue, Deptford, NJ 08096-4329 |
| 518965155 | + | ABS Loan Trust VI, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518956658 | + | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 518956659 | + | Apothaker & Associates, 520 Fellowship Road, C-306, Mount Laurel, NJ 08054-3410 |
| 518956661 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518956667 | | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518956672 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518990281 | + | Oliphant Usa, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 518956674 | | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518956675 | + | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 518956677 | | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 519006201 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2100 |
| 518956681 | + | West Jersey Anesthesia Assoc, 1000 White Horse Road Ste 204, Voorhees, NJ 08043-4408 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 24 2020 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 24 2020 21:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518956660 | + | Email/Text: bankruptcy@pepcoholdings.com | Nov 24 2020 21:20:00 | Atlantic City Electric, 5 Collins Drive Suite 2133, Pepco Holdings Inc, Carneys Point, NJ 08069-3600 |
| 519017859 | + | Email/Text: bankruptcy@pepcoholdings.com | Nov 24 2020 21:20:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point NJ 08069-3600 |
| 518956662 | + | Email/Text: clientrep@capitalcollects.com | Nov 24 2020 21:21:00 | Capital Collection Services, Attn: Bankruptcy, Po Box 150, West Berlin, NJ 08091-0150 |
| 518956663 | + | Email/Text: bankruptcy@cavps.com | Nov 24 2020 21:21:00 | Cavalry Portfolio Services, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2322 |
| 518999137 | + | Email/Text: bankruptcy@cavps.com | Nov 24 2020 21:21:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518956669 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 24 2020 21:20:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518956664 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |

Case 20-20572-JNP   Doc 21   Filed 11/26/20   Entered 11/27/20 00:17:00   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: pdf905 | Total Noticed: 31 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 24 2020 22:27:26 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518956670 | | Email/Text: camanagement@mtb.com | Nov 24 2020 21:20:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 519002515 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 24 2020 21:20:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518956671 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 24 2020 21:20:00 | Midland Funding Llc, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 518956673 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 24 2020 22:28:50 | | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 518956676 | + | Email/Text: jennifer.chacon@spservicing.com | Nov 24 2020 21:21:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 518956678 | + | Email/Text: bankruptcy@sw-credit.com | Nov 24 2020 21:21:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 518956679 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 22:28:43 | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 518958205 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 22:27:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518956680 | | Email/Text: bankruptcy@td.com | Nov 24 2020 21:21:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518956665 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518956666 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518956668 | ## | Citibank NA, PO Box 6052, Sioux Falls, SD 57117-6052 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2020          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Nov 24, 2020 | Form ID: pdf905 | Total Noticed: 31

|   |   |
|---|---|
|   | on behalf of Creditor ABS Loan Trust VI dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Joseph J. Rogers | |
|   | on behalf of Debtor Thomas Miloszewski jjresq@comcast.net jjrogers0507@gmail.com |
| Joseph J. Rogers | |
|   | on behalf of Joint Debtor Roberta Miloszewski jjresq@comcast.net jjrogers0507@gmail.com |
| Maureen P. Steady | |
|   | trustee@kurtzmansteady.com mps@trustesolutions.net |
| U.S. Trustee | |
|   | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5