DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SCHILLER, KNAPP, LEFKOWITZ
& HERTZEL LLP
555 U.S. Highway 1 South, Suite 420
Iselin, New Jersey  08830
(518) 786-9069
Richard Gerbino, Esq. (ID #057351993)
Attorneys for Creditor M&T Bank,

In Re:

Thomas Miloszewski
Roberta Miloszewski,

               Debtors.

Case No.: 20-20572-jnp

Hearing Date:

Judge: Hon. Jerrold N. Poslusny, Jr.

Chapter: 7

## AMENDED CERTIFICATION OF SERVICE

1. I, Lisa Gadomski:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/ paralegal for Schiller, Knapp, Lefkowitz & Hertzel, LLP, who represents M&T Bank, in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself

2. On January 19, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Motion and Certification in Support of Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) (with attached proposed Order)

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 19, 2021                          _____/s/ Lisa Gadomksi_____

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, New Jersey  07102<br><br>Thomas Miloszewski<br>1940 Rosemore Avenue<br>Deptford, NJ  08096<br><br>Roberta Miloszewski<br>1940 Rosemore Avenue<br>Deptford, NJ  08096<br><br>Maureen P. Steady, Esq.<br>Chapter 7 Trustee<br>2 Kings Highway West, Suite 102<br>Haddonfield, NJ  08033<br><br>Joseph J. Rogers, Esq.<br>Attorney for Debtor<br>900 Route 168, Suite I-4<br>Turnersville, NJ  08012 | US Trustee<br><br><br><br>Debtor<br><br><br><br>Debtor<br><br><br><br>Trustee<br><br><br><br><br>Counsel for Debtor | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ―――――――<br>    (as authorized by the court*) |