UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCHILLER, KNAPP, LEFKOWITZ & HERTZEL LLP
716 Newman Springs Road, Suite 372
Lincroft, NJ 07738
(518) 786-9069
Richard Gerbino, Esq. (ID #0577351993)
Attorneys for Creditor M&T Bank,

In Re:

Thomas Miloszewski
Roberta Miloszewski,

Debtors.

Case No.: 20-20572-jnp

Chapter: 7

Hearing Date: 03/09/2021

Judge: Jerrold N. Poslusny, Jr

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Motion for Relief from Stay

Date: 03/08/2021

/s/ Richard Gerbino
Signature

*rev.8/1/15*