| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Joseph J. Rogers, Esquire (JJR 1185) <br> Washington Professional Campus <br> 900 Route 168, Suite I-4 <br> Turnersville, NJ 08012 <br> (856) 228-7964 | |

Order Filed on April 1, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: <br><br> Thomas and Roberta Miloszewski | Case Number: 20-20572-JNP |
|---|---|
| | Hearing Date: |
| | Judge: Jerrold N. Poslusny, Jr |
| | Chapter: 7 |

Recommended Local Form:   ☒ Followed   ☐ Modified

**ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE
PURSUANT TO 11 U.S.C. § 522(f)**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 1, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the property described as _____1940 Rosemore Avenue, Deptford, NJ 08096_____, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. Midland Funding LLC, DC-002187-18, DJ-135474-18

2. Cavalry SPV I LLC, DC-003094-20

3.

and it is hereby

ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 20-20572-JNP

Thomas Miloszewski                                                               Chapter 7

Roberta Miloszewski

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                  User: admin                  Page 1 of 2
Date Rcvd: Apr 01, 2021               Form ID: pdf903              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Thomas Miloszewski, Roberta Miloszewski, 1940 Rosemore Avenue, Deptford, NJ 08096-4329 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2021                    Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor ABS Loan Trust VI  dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joseph J. Rogers | on behalf of Debtor Thomas Miloszewski  jjresq@comcast.net  jjrogers0507@gmail.com |
| Joseph J. Rogers | on behalf of Joint Debtor Roberta Miloszewski  jjresq@comcast.net  jjrogers0507@gmail.com |
| Maureen P. Steady | trustee@kurtzmansteady.com  mps@trustesolutions.net,J121@ecfcbis.com,telaak@kurtzmansteady.com |
| Richard Gerbino | on behalf of Creditor M&T BANK  rgerbino@schillerknapp.com  kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Apr 01, 2021 Form ID: pdf903 Total Noticed: 1
TOTAL: 6