# MAUREEN P. STEADY, CHAPTER 7 TRUSTEE

2 Kings Highway West, Suite 102
Haddonfield, NJ  08033
(856) 428-1060

August 25, 2021

Margaret McGettigan
Supervisor of Case Administration
Clerk, US Bankruptcy Court
District of New Jersey
PO Box 2067
Camden, NJ  08101

      RE:    20-20572
               Thomas  Miloszewski & Roberta  Miloszewski

Dear Ms. McGettigan:

     I am preparing a Final Report for the above case and respectfully request confirmation of any outstanding fees due the Court. Please docket a response so I may proceed to finalize my report and include fees, if any, due the Court. Thank you.

                                       Very truly yours,

                                       /s/ *Maureen P. Steady*
                                     Chapter 7 Bankruptcy Trustee

MPS:ceg