Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−20572−JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas Miloszewski                                   Roberta Miloszewski
   1940 Rosemore Avenue                         1940 Rosemore Avenue
   Deptford, NJ 08096                               Deptford, NJ 08096

Social Security No.:
   xxx−xx−6430                                          xxx−xx−7509

Employer's Tax I.D. No.:

**NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,**
**OF HEARING ON APPLICATIONS FOR COMPENSATION**
**(AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

   THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

   NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Jerrold N. Poslusny Jr. on:

DATE:                 November 18, 2021
TIME:                 02:00 PM
LOCATION:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:           $4,000.00
TOTAL DISBURSEMENTS:    $11.02
BALANCE ON HAND:         $3,988.98

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Trustee, Maureen P. Steady

COMMISSION OR FEES
$1,000.00 FEES

EXPENSES
$8.00

The trustee's application to abandon the following property will be heard and acted upon:
NONE

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: October 14, 2021
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas Miloszewski  
Roberta Miloszewski  
    Debtors

Case No. 20-20572-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Oct 14, 2021      Form ID: 192      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas Miloszewski, Roberta Miloszewski, 1940 Rosemore Avenue, Deptford, NJ 08096-4329 |
| 518965155 | + | ABS Loan Trust VI, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518956658 | + | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 518956659 | + | Apothaker & Associates, 520 Fellowship Road, C-306, Mount Laurel, NJ 08054-3410 |
| 518956661 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518956668 | | Citibank NA, PO Box 6052, Sioux Falls, SD 57117-6052 |
| 518956672 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518990281 | + | Oliphant Usa, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 518956674 | ++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020 address filed with court:, Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518956675 | + | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 518956676 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 518956677 | | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 519006201 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |
| 518956681 | + | West Jersey Anesthesia Assoc, 1000 White Horse Road Ste 204, Voorhees, NJ 08043-4408 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 14 2021 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 14 2021 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519042593 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2021 20:45:41 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518956660 | + | Email/Text: bankruptcy@pepcoholdings.com | Oct 14 2021 20:33:00 | Atlantic City Electric, 5 Collins Drive Suite 2133, Pepco Holdings Inc, Carneys Point, NJ 08069-3600 |
| 519017859 | + | Email/Text: bankruptcy@pepcoholdings.com | Oct 14 2021 20:33:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point NJ 08069-3600 |
| 518956662 | + | Email/Text: clientrep@capitalcollects.com | Oct 14 2021 20:33:00 | Capital Collection Services, Attn: Bankruptcy, Po Box 150, West Berlin, NJ 08091-0150 |
| 518956663 | + | Email/Text: bankruptcy@cavps.com | Oct 14 2021 20:33:00 | Cavalry Portfolio Services, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2322 |
| 518999137 | + | Email/Text: bankruptcy@cavps.com | Oct 14 2021 20:33:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518956667 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 14 2021 20:45:46 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518956669 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 14 2021 20:33:00 | | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518956664 | | Email/PDF: ais.chase.ebn@americaninfosource.com Oct 14 2021 20:45:44 | | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518956670 | | Email/Text: camanagement@mtb.com Oct 14 2021 20:33:00 | | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 519002515 | + | Email/Text: bankruptcydpt@mcmcg.com Oct 14 2021 20:33:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518956671 | + | Email/Text: bankruptcydpt@mcmcg.com Oct 14 2021 20:33:00 | | Midland Funding Llc, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 518956673 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 14 2021 20:45:45 | | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519065454 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 14 2021 20:45:45 | | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 519065473 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 14 2021 20:45:35 | | Portfolio Recovery Associates, LLC, c/o Sams Club, POB 41067, Norfolk VA 23541 |
| 518956674 | | Email/Text: signed.order@pfwattorneys.com Oct 14 2021 20:33:00 | | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519068381 | | Email/Text: bnc-quantum@quantum3group.com Oct 14 2021 20:33:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518956678 | + | Email/Text: bankruptcy@sw-credit.com Oct 14 2021 20:33:00 | | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 518956679 | + | Email/PDF: gecsedi@recoverycorp.com Oct 14 2021 20:45:34 | | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 518958205 | + | Email/PDF: gecsedi@recoverycorp.com Oct 14 2021 20:45:39 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518956680 | | Email/Text: bankruptcy@td.com Oct 14 2021 20:33:00 | | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518956665 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518956666 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2021              Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor ABS Loan Trust VI dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Joseph J. Rogers | on behalf of Debtor Thomas Miloszewski jjresq@comcast.net jjrogers0507@gmail.com |
| Joseph J. Rogers | on behalf of Joint Debtor Roberta Miloszewski jjresq@comcast.net jjrogers0507@gmail.com |
| Maureen P. Steady | trustee@kurtzmansteady.com<br>mps@trustesolutions.net,J121@ecfcbis.com,telaak@kurtzmansteady.com,steady@premierremote.com |
| Richard Gerbino | on behalf of Creditor M&T BANK rgerbino@schillerknapp.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6