UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MAUREEN P. STEADY, TRUSTEE
2 Kings Highway West
Suite 102
Haddonfield, NJ 08033
(856) 428-1060
CHAPTER 7 TRUSTEE

**Order Filed on November 18, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MILOSZEWSKI, THOMAS
MILOSZEWSKI, ROBERTA

Debtor(s)

Case No.: 20-20572

Hearing Date:

Judge: Jerrold N. Poslusny, Jr.

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages. numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: November 18, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: MILOSZEWSKI, THOMAS & MILOSZEWSKI, ROBERTA

Case no: 20-20572

Caption of Order: Order Awarding Trustee's Compensation and Expenses

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

| APPLICANT | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| Maureen P. Steady, Chapter 7 Trustee | 1,000.00 | 8.00 |